Jennie Burgess, Respondent, *v.* Leo Byrnes, Appellant.

(Argued October 24, 1930; decided November 19, 1930.)

*John J. Scully* for appellant.
*Harry W. Williams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.